cuit denied. *Mr. R. H. Fryberger* for petitioners. *Solicitor General Fahy, Mr. Alvin J. Rockwell, Misses Ruth Weyand* and *Fannie M. Boyls* for respondent.

No. 821. UNITED STATES *v.* ANGLIN & STEVENSON ET AL. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Solicitor General Fahy* for the United States. *Messrs. Joseph C. Stone, W. T. Anglin, Charles A. Moon, Francis Stewart, Leon C. Phillips, D. A. Richardson, L. O. Lytle, George Jennings, Harry B. Parris* and *Wilbur J. Holleman* for respondents.

No. 824. PATHFINDER PETROLEUM CO. *v.* GENERAL INSURANCE Co. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Earl Glen Whitehead* for petitioner. *Mr. Walter O. Schell* for respondent.

No. 827. COTTON STATE FERTILIZER CO. ET AL. *v.* HURT. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles J. Bloch* for petitioners. *Mr. Carl T. Hoffman* for respondent.

No. 844. HORTON ET AL., TRADING AS MECHANICAL ICE TRAY CO., ET AL. *v.* GENERAL MOTORS CORP. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William H. Davis, Daniel V. Mahoney, George E. Faithfull* and *C. M. Fisher* for petitioners. *Mr. Drury W. Cooper* for respondent.